IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DAN GOODRICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-02-181-C-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| RALPH TOWNSEND, PHIL FOSTER, ERIC MACEACHERN LAWANDA THOMASON, STEVE CHRISTENSEN, LISA CATES, LT. MCKENZIE, CPL. HASLETT, C.O. WOLFINGER, and C.O. WILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 30, 2006, the Court entered an Order of Judgment on Plaintiff's Eighth Amendment claim in the amount of $10.00. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED ANDADJUDGED that Plaintiff's cause of action shall be dismissed.

DATED: **March 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -1**